Joel E. Tasca, Esq.
Nevada Bar No. 14124
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tasca@ballardspahr.com

*Attorneys for Defendant*
*Credit Acceptance Corporation*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALONDA COOPER A/K/A ALONDA FORTUNE,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; TRANSUNION, LLC; EXPERIAN INFORMATION SOLUTIONS; CREDIT ACCEPTANCE CORPORATION,<br><br>Defendants. | Case No. 2:19-cv-01124-JAD-DJA<br><br>**ORDER TO EXTEND TIME FOR DEFENDANT CREDIT ACCEPTANCE CORPORATION TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>(First Request) |

Plaintiff Alonda Cooper a/k/a Alonda Fortune ("Plaintiff") and Defendant Credit Acceptance Corporation ("Credit Acceptance") stipulate and agree that Credit Acceptance has up to and including September 23, 2019, to respond to Plaintiff's Complaint (ECF No. **1**), to provide additional time to investigate Plaintiff's allegations and for Credit Acceptance to prepare a response.

*[Continued on the following page.]*

DMWEST #18245944 v1

This is the first request for an extension, and it is made in good faith and not for purposes of delay.

DATED this 19th day of August, 2019.

| THE LAW OFFICES OF ROBERT M. TZALL | BALLARD SPAHR LLP |
|---|---|
| By: /s/ Robert M. Tzall<br>    Robert M. Tzall, Esq.<br>    Nevada Bar No. 13412<br>    1481 W, Warm Springs Road<br>    Suite 135<br>    Henderson, Nevada 89014 | By: /s/ Joel E. Tasca<br>    Joel E. Tasca, Esq.<br>    Nevada Bar No. 14124<br>    1980 Festival Plaza Drive<br>    Suite 900<br>    Las Vegas, Nevada 89135 |
| *Attorneys for Plaintiff Alonda Cooper a/k/a Alonda Fortune* | *Attorneys for Defendant Credit Acceptance Corporation* |

**ORDER**

IT IS SO ORDERED:

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: August 21, 2019.

2

DMWEST #18245944 v1