JEREMY J. THOMPSON
Nevada Bar No. 12503
**CLARK HILL PLLC**
3800 Howard Hughes Drive, Suite 500
Las Vegas, Nevada 89169
E-mail: jthompson@clarkhill.com
Telephone: (702) 862-8300
Facsimile: (702) 862-8400
*Attorney for Defendant*
*Equifax Information Services LLC*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ALONDA COOPER A/K/A ALONDA FORTUNE,<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES LLC, TRANS UNION, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., CREDIT ACCEPTANCE CORPORATION,<br><br>Defendants. | Case No. 2:19-cv-01124-JAD-DJA<br><br>**STIPULATION OF EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER**<br><br>**FIRST REQUEST** |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from September 3, 2019, through and including **September 24, 2019**. The request was made by Equifax, and Plaintiff approves. This stipulation is filed in good faith and not intended to cause delay.

Respectfully submitted, this 3rd day of September, 2019.

|   |   |
|---|---|
| 1 | CLARK HILL PLLC |
| 2 | By: /s/ |
| 3 | Jeremy J. Thompson<br>Nevada Bar No. 12503 |
| 4 | 3800 Howard Hughes Pkwy, Suite 500<br>Las Vegas, NV 89169 |
| 5 | Tel: (702) 862-8300<br>Fax: (702) 862-8400 |
| 6 | Email: jthompson@clarkhill.com |

CLARK HILL PLLC

By: /s/
Jeremy J. Thompson
Nevada Bar No. 12503
3800 Howard Hughes Pkwy, Suite 500
Las Vegas, NV 89169
Tel: (702) 862-8300
Fax: (702) 862-8400
Email: jthompson@clarkhill.com

*Attorney for Defendant Equifax Information Services LLC*

**<u>No opposition</u>**

/s/
Robert M. Tzall
Nevada Bar No. 13412
The Law Offices of Robert M. Tzall
1481 W Warm Springs Rd., Suite 135
Henderson, NV 89014
Phone: (702) 666-0233
Email: robert@tzalllegal.com

*Attorney for Plaintiff*

Based upon the stipulation of the parties, and good cause appearing therefore, IT IS HEREBY ORDERED that Defendant Equifax Information Services LLC shall have to and including September 24, 2019 within which to file their answer or otherwise respond to the Complaint.

_____
Daniel J. Albregts
United States Magistrate Judge

Dated: September 4, 2019

- 2 -

# **CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing has been served this 3rd day of September, 2019, via the Electronic Filing System, upon all parties registered in the case, including:

>Robert M. Tzall
>Admitted in Nevada, Utah, New York and New Jersey
>Law Offices of Robert M. Tzall
>1481 W. Warm Springs Road
>Suite 135
>Henderson, NV 89014
>Email: robert@tzalllegal.com

By: /s/      Joyce Ulmer
AN EMPLOYEE OF CLARK HILL, PLLC