Joel E. Tasca, Esq.
Nevada Bar No. 14124
Stacy H. Rubin, Esq.
Nevada Bar No. 9298
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tasca@ballardspahr.com
rubins@ballardspahr.com

*Attorneys for Defendant,
Credit Acceptance Corporation*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ALONDA COOPER /AK/A ALONDA FORTUNE,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC; EXPERIAN INFORMATION SOLUTIONS, INC. and CREDIT ACCEPTANCE CORPORATION,<br><br>Defendants. | CASE NO. 2:19-cv-01124-JAD-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT CREDIT ACCEPTANCE CORPORATION TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(Second Request)** |

Plaintiff Alonda Cooper a/k/a Alonda Fortune ("Plaintiff") and Defendant Credit Acceptance Corporation ("Credit Acceptance")[1] stipulate and agree that Credit Acceptance has up to and including October 15, 2019, to respond to Plaintiff's Complaint (ECF No. 1), to provide additional time to investigate Plaintiff's allegations and for Credit Acceptance to prepare a response.

*[Continued on following page.]*

---

[1] By filing this Stipulation, Credit Acceptance is not waiving any defense, affirmative or otherwise, it may have in this matter.

1. This is the second request for an extension, and it is made in good faith and not for purposes of delay.

Dated this 20th day of September, 2019.

| BALLARD SPAHR LLP | THE LAW OFFICES OF ROBERT M. TZALL |
|---|---|
| By: /s/ Joel E. Tasca<br>Joel E. Tasca, Esq.<br>Nevada Bar No. 14124<br>Stacy H. Rubin, Esq.<br>Nevada Bar No. 9298<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135 | By: /s/ Robert M. Tzall<br>Robert M. Tzall, Esq.<br>Nevada Bar No. 13412<br>1481 W. Warm Springs Road<br>Suite 135<br>Henderson, Nevada 89014 |
| *Attorneys for Defendant Credit Acceptance Corporation* | *Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: September 23, 2019