**JENNIFER BERGH**
Nevada Bar No. 14480
**QUILLING SELANDER LOWNDS WINSLETT & MOSER, P.C.**
6900 N. Dallas Parkway, Suite 800
Plano, Texas 75024
Telephone: (214) 560-5460
Facsimile: (214) 871-2111
jbergh@qslwm.com

COUNSEL FOR TRANS UNION LLC

**Designated Attorney for Personal Service**
Trevor Waite, Esq.
Nevada Bar No.: 13779
6605 Grand Montecito Parkway, Suite 200
Las Vegas, Nevada 89149

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ALONDA COOPER A/K/A ALONDA FORTUNE,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and CREDIT ACCEPTANCE CORPORATION,<br><br>Defendants. | Case No. 2:19-cv-01124-JAD-DJA<br><br>**JOINT STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(SECOND REQUEST)** |

Plaintiff Alonda Cooper a/k/a Alonda Fortune ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Joint Stipulation Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint.

On June 27, 2019, Plaintiff filed her Complaint. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is September 23, 2019. Counsel for Trans Union and Plaintiff are engaged in settlement discussions on this case and wish to extend the

deadline for Trans Union to respond to the Complaint until October 7, 2019. This will allow the parties to continue settlement discussions without incurring additional fees and expenses.

Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's Complaint up to and including October 7, 2019. This is the first stipulation for extension of time for Trans Union to respond to Plaintiff's Complaint.

Dated this 23rd day of September 2019.

**QUILLING SELANDER LOWNDS WINSLETT & MOSER, P.C.**

 /s/ Jennifer Bergh
**JENNIFER BERGH**
Nevada Bar No. 14480
6900 N. Dallas Parkway, Suite 800
Plano, TX 75024
Telephone: (214) 871-2100
Facsimile: (214) 871-2111
jbergh@qslwm.com
***Counsel for Trans Union LLC***

**THE LAW OFFICES OF ROBERT M. TZALL**

 /s/ Robert M. Tzall
**ROBERT M. TZALL**
Nevada Bar No. 13412
1481 W. Warm Springs Rd., Suite 135
Henderson, NV 89014
Telephone: (702) 666-0233
robert@tzalllegla.com
***Counsel for Plaintiff***

3948852.1

## ORDER

The Joint Stipulation for Extension of Time for Trans Union LLC to file an answer or otherwise respond is so ORDERED AND ADJUDGED.

Dated this  25th  day of _____September_____, 2019.

_____
**UNITED STATES MAGISTRATE JUDGE**

3948852.1