Joel E. Tasca, Esq.
Nevada Bar No. 14124
Stacy H. Rubin, Esq.
Nevada Bar No. 9298
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tasca@ballardspahr.com
rubins@ballardspahr.com

*Attorneys for Defendant,
Credit Acceptance Corporation*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ALONDA COOPER /AK/A ALONDA FORTUNE, <br><br> Plaintiff, <br><br> v. <br><br> EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC; EXPERIAN INFORMATION SOLUTIONS, INC. and CREDIT ACCEPTANCE CORPORATION, <br><br> Defendants. | CASE NO. 2:19-cv-01124-JAD-DJA <br><br> ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANT CREDIT ACCEPTANCE CORPORATION TO FILE REPLY BRIEF IN SUPPORT OF ITS MOTION TO COMPEL ARBITRATION AND DISMISS, OR IN THE ALTERNATIVE, STAY PROCEEDINGS <br><br> **(First Request)**    [ECF No. 36] |

Plaintiff Alonda Cooper a/k/a Alonda Fortune ("Plaintiff") and Defendant Credit Acceptance Corporation ("Credit Acceptance") stipulate and agree that Credit Acceptance has up to and including November 20, 2019, to file its Reply in Support of its Motion to Compel Arbitration and Dismiss, or in the Alternative, Stay Proceedings. Credit Acceptance requires additional time to prepare an appropriate response.

*[Continued on following page.]*

DMWEST #38359715 v1

This is the first request for the extension, and it is made in good faith and not for purposes of delay.

Dated this 7th day of November, 2019.

| BALLARD SPAHR LLP | THE LAW OFFICES OF ROBERT M. TZALL |
|---|---|
| By: /s/ Joel E. Tasca <br> Joel E. Tasca, Esq. <br> Nevada Bar No. 14124 <br> Stacy H. Rubin, Esq. <br> Nevada Bar No. 9298 <br> 1980 Festival Plaza Drive, Suite 900 <br> Las Vegas, Nevada 89135 | By: /s/ Robert M. Tzall <br> Robert M. Tzall, Esq. <br> Nevada Bar No. 13412 <br> 1481 W. Warm Springs Road <br> Suite 135 <br> Henderson, Nevada 89014 |
| *Attorneys for Defendant Credit Acceptance Corporation* | *Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED:

_____
U.S. District Judge Jennifer A. Dorsey
DATED: November 12, 2019

2

DMWEST #38359715 v1