Joel E. Tasca, Esq.
Nevada Bar No. 14124
Stacy H. Rubin, Esq.
Nevada Bar No. 9298
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tasca@ballardspahr.com
rubins@ballardspahr.com

*Attorneys for Defendant,*
*Credit Acceptance Corporation*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ALONDA COOPER A/K/A ALONDA FORTUNE, | CASE NO. 2:19-cv-01124-JAD-DJA |
| Plaintiff, | **STIPULATION AND ORDER TO STAY CASE MANAGEMENT DEADLINES** |
| v. | |
| EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC; EXPERIAN INFORMATION SOLUTIONS, INC. and CREDIT ACCEPTANCE CORPORATION, | |
| Defendants. | |

WHEREAS, on October 23, 2019, the only defendant that currently remains in this action, Credit Acceptance Corporation ("CAC"), filed a motion to compel arbitration, or in the alternative, stay proceedings (the "Motion") (ECF Nos. 23, 24), and the Motion is fully briefed and currently pending.

WHEREAS, the current discovery cutoff in this action is June 2, 2020 (ECF No. 45), and CAC and Plaintiff – in order to conserve resources and proceed efficiently – have agreed to request a stay of the June 2, 2020 cutoff, and all subsequent case management deadlines, until such time as the Court decides the Motion.

/ / /

BALLARD SPAHR LLP
1980 FESTIVAL PLAZA DRIVE, SUITE 900
LAS VEGAS, NEVADA 89135
(702) 471-7000 FAX (702) 471-7070

1    WHEREAS, the parties further agree that, in the event the Court does not
2  grant the Motion, the parties will meet and confer and submit a revised proposed
3  case management schedule.

4    WHEREAS, "[f]ederal courts, including courts in this jurisdiction and circuit,
5  regularly stay discovery and other pre-trial obligations pending a decision on a
6  party's motion to compel arbitration." *Hill v. Pcc Structurals*, 2020 U.S. Dist. LEXIS
7  42742, *1 (D. Nev. Mar. 20, 2020).

8    NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE,
9  AS FOLLOWS:

10    1.    The current case management deadlines in this action are stayed until
11  the Court decides the Motion.

12    2.    The parties will meet and confer and submit a revised case management
13  schedule in the event the Court does not grant the Motion.

14    Dated this 26th day of March, 2020.

15  BALLARD SPAHR LLP                    THE LAW OFFICES OF ROBERT M. TZALL
16
17  By:  /s/ Joel E. Tasca              By:  /s/ Robert M. Tzall
    Joel E. Tasca, Esq.                 Robert M. Tzall, Esq.
18  Nevada Bar No. 14124                Nevada Bar No. 13412
    Stacy H. Rubin, Esq.               1481 W. Warm Springs Road
19  Nevada Bar No. 9298                 Suite 135
    1980 Festival Plaza Drive, Suite 900   Henderson, Nevada 89014
20  Las Vegas, Nevada 89135

21  *Attorneys for Defendant Credit*      *Attorneys for Plaintiff*
    *Acceptance Corporation*
22
23                                      **ORDER**

24                                      IT IS SO ORDERED:
25
26                                      _____
                                        UNITED STATES MAGISTRATE JUDGE
27
28                                      DATED:  March 27, 2020
                                               _____

BALLARD SPAHR LLP
1980 FESTIVAL PLAZA DRIVE, SUITE 900
LAS VEGAS, NEVADA 89135
(702) 471-7000 FAX (702) 471-7070

2