Jennifer L. Braster
Nevada Bar No. 9982
Andrew J. Sharples
Nevada Bar No. 12866
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV  89145
(T) (702) 420-7000
(F) (702) 420-7001
jbraster@nblawnv.com
asharples@nblawnv.com

Katherine A. Neben
Nevada Bar No. 14590
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA  92612
(T) (949) 851-3939
(F) (949) 553-7539
kneben@jonesday.com

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALONDA COOPER A/K/A ALONDA FORTUNE,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., CREDIT ACCEPTANCE CORPORATION,<br><br>Defendants. | Case No. 2:19-cv-01124-JAD-DJA<br><br>**STIPULATION AND ORDER TO DISMISSING EXPERIAN INFORMATION SOLUTIONS, INC. WITH PREJUDICE**<br><br>Complaint filed:  June 27, 2019<br><br><br>ECF No. 52 |

It is hereby stipulated between Plaintiff Alonda Cooper a/k/a Alonda Fortune, and Defendant Experian Information Solutions, Inc. ("Experian") (collectively "the Parties"), by an through their respective attorneys, that all Plaintiff's claims asserted against Experian in the above-

captioned be dismissed with prejudice per Fed. R. of Civ. P. 41(a)(1)(A)(ii), with the parties to bear their own fees and costs.

**Respectfully submitted,**

Dated this 8th day of June 2020

NAYLOR & BRASTER

By: */s/ Andrew J. Sharples*
Jennifer L. Braster (NBN 9982)
Andrew J. Sharples (NBN 12866)
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
jbraster@nblawnv.com
asharples@nblawnv.com

Katherine A. Neben (NBN 14590)
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612
kneben@jonesday.com

*Attorneys for Experian Information Solutions, Inc.*

Dated this 8th day of June 2020

BALLARD SPAHR LLP

By: */s/ Joel Edward Tasca*
Joel Edward Tasca (NBN 14124)
Stacy H. Rubin (NBN 9298)
1980 Festival Plaza Drive, Suite 900
Las Vegas, NV 89135
tasca@ballardspahr.com
rubins@ballardspahr.com

*Attorneys for Credit Acceptance Corporation*

Dated this 8th day of June 2020

THE LAW OFFICE OF ROBERT M. TZALL

By: */s/ Robert M. Tzall*
Robert M. Tzall (NBN 13412)
1481 Warm Springs Road, Suite 135
Henderson, NV 89014
office@tzalllegal.com

*Attorney for Plaintiff*

### ORDER

**Based on the parties' stipulation [ECF No. 52] and good cause appearing, IT IS HEREBY ORDERED that the claims against Experian Information Solutions, Inc., in this action are DISMISSED with prejudice, each side to bear its own fees and costs.**

_____
U.S. District Judge
6-8-2020